1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                              )
SHIRLEY JO ROBERSON,                    )
                                                              )        No. C08-383RSL
                              Plaintiff,              )
            v.                                              )
                                                              )        ORDER TO SHOW CAUSE
COUNTRYWIDE HOME LOANS, INC., a  )
foreign corporation,                              )
                                                              )
                              Defendant.          )
_____)

This matter comes before the Court *sua sponte*. On December 2, 2008, defendant filed a

motion with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. #15). As

of this date, a courtesy copy of these documents has not been provided for chambers.

Defendant is hereby ORDERED to show cause within five days of this Order why it

should not be sanctioned for failure to comply with this Court's "Order Regarding Initial

Disclosures, Joint Status Report, and Early Settlement," see Dkt. #10 at 4. Defendant shall

immediately deliver a paper copy of the documents filed on December 2, 2008, with tabs or

other organizing aids as necessary and clearly marked with the words "Courtesy Copy of

Electronic Filing for Chambers," to the Clerk's Office.

The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar

for December 12, 2008.

ORDER TO SHOW CAUSE

1    DATED this 5th day of December, 2008.

2

3

4

5

6                                         _____
                                          Robert S. Lasnik
7                                         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO SHOW CAUSE                      -2-