THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHIRLEY JO ROBERSON,

               Plaintiff,

    v.

COUNTRYWIDE HOME LOANS, INC., a foreign corporation,

               Defendant.

No. C08-0383 RSL

**DEFENDANT COUNTRYWIDE HOME LOANS, INC.'S RESPONSE TO ORDER TO SHOW CAUSE**

    Defendant Countrywide Home Loans, Inc. hereby files this response to the Court's December 5, 2008 Order to Show Cause. At this time, a courtesy copy of defendant Countrywide's motion for summary judgment and supporting materials has been delivered to the Court's chambers. The delay associated with the delivery of a courtesy copy is attributable to an oversight associated with an internal miscommunication. Countrywide's counsel apologizes for any inconvenience to the Court.

    DATED December 8, 2008

LANE POWELL PC

By *s/Andrew G. Yates*
John S. Devlin, III, WSBA No. 23988
Andrew G. Yates, WSBA No. 34239
Attorneys for Defendant
Countrywide Home Loans, Inc.

DEFENDANT COUNTRYWIDE HOME LOANS, INC.'S
RESPONSE TO ORDER TO SHOW CAUSE - 1
Case No. C08-0383 RSL

116589.0102/1642685.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 8th day of December, 2008, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following:

Emily R. Hansen, Esq.
Email: ehansen98101@yahoo.com

EXECUTED this 8th day of December, 2008, at Seattle, Washington.

*s/ Deborah Strayer*
Deborah Strayer

DEFENDANT COUNTRYWIDE HOME LOANS, INC.'S
RESPONSE TO ORDER TO SHOW CAUSE - 2
Case No. C08-0383 RSL

116589.0102/1642685.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107